# UNITED STATES of America, Plaintiff–Appellee,

v.

## Victor Manuel HERNANDEZ, also known as Nai, Defendant–Appellant.

### No. 05–41533
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Javier Villarreal, Law Office of Javier Villarreal, Brownsville, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Victor Manuel Hernandez on appeal has moved for leave to withdraw and has filed a brief as is required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez has filed a response. Our independent review of the record, counsel's brief, and Hernandez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.